PROB 12A
(7/93)

# United States District Court

## for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: Curtis Brinson                                                          Cr.: 21-00564-001
                                                                                          PACTS #: 32507

Name of Sentencing Judicial Officer:    THE HONORABLE KEVIN MCNULTY
                                        UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 12/08/2003

Original Offense:    Stealing A Firearm from A Licensed Dealer, 18 U.S.C. Section 922(g)(1) & 2

Original Sentence: 77 months imprisonment, 36 months supervised release

Special Conditions: Special Assessment, Drug Treatment, Alcohol Treatment, Financial Disclosure, No New Debt/Credit, Fine, Substance Abuse Testing, Alcohol Restrictions

Type of Supervision: Supervised Release                        Date Supervision Commenced: 08/28/2009

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number     Nature of Noncompliance

1                    The offender has violated the standard supervision condition which states **'You must work full-time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.'**

                     On June 2, 2021, this officer visited Brinson's last known place of employment, Harbor Freight in Kearney, New Jersey and was informed that he had not worked for this company in over two weeks. Brinson failed to notify this officer of this change of employment within 72 hours.

Prob 12A – page 2
Curtis Brinson

2  The offender has violated the mandatory supervision condition which states **'You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the Court.'**

On June 2, 2021, Brinson provided a urine sample which tested positive for the use of oxycodone. He subsequently admitted to using a Percocet pill without a prescription on May 31, 2021

U.S. Probation Officer Action:

No official Court action is recommended at this time. A copy of this letter will be provided to Mr. Brinson and will serve as an official written reprimand. He will be referred for a substance abuse evaluation and possibly treatment at The Bridge. Additionally, he recently secured employment through Action Staffing and has been verbally warned that he must report any changes to his employment status in the future. Any further noncompliance with be reported to Your Honor in a timely manner.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Kevin P. Egli*

By:   KEVIN P. EGLI
       Sr. U.S. Probation Officer

/ kpe

APPROVED:   _____   Digitally signed by Luis R. Gonzalez
                                  Date: 2021.08.18 11:21:53 -04'00'

LUIS R. GONZALEZ                   Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

[X]  No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

[ ]  Submit a Request for Modifying the Conditions or Term of Supervision

[ ]  Submit a Request for Warrant or Summons

[ ]  Other

/s/ Kevin McNulty
_____
Signature of Judicial Officer

8/23/2021
_____
Date